# Court of Appeals
## Tenth Appellate District of Texas

10-25-00304-CV

In re T.W.A.[1]

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

We withdraw our opinion and judgment dated September 18, 2025 and substitute this opinion and its associated judgment in their place.

The petition for writ of mandamus filed by T.W.A. on August 28, 2025 is denied.

STEVE SMITH
Justice

---

[1] The style of this original proceeding has been changed pursuant to Texas Rule of Appellate Procedure 9.8. *See* TEX. R. APP. P. 9.8.

OPINION DELIVERED and FILED:  October 10, 2025

Before Justice Smith,
      Justice Harris, and
      Justice Rose[2]
Petition denied
OT06



---

[2]  The Honorable Jeff Rose, Senior Chief Justice (Retired) of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.